IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTONIO G. REYES,**

**Plaintiff,**

v.

**ANTHONY RAMOS, B. THOMAS
and J. BAUERSACHS,**

**Defendant.**                                                    NO. 07-CV-541-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on defendant's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 23, 2010, judgment is hereby entered in favor of the defendant, **ANTHONY RAMOS**, and against the plaintiff, **ANTONIO G. REYES**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated October 16, 2008, judgment is entered in favor of defendants, **B. THOMAS** and **J. BAUERSACHS** and against plaintiff, **ANTONIO G. REYES**. This case is **DISMISSED with prejudice** in its entirety--------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: March 24, 2010


APPROVED:  /s/  *DavidRHerndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT